## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MCALLISTER, | NO. |
| Plaintiff, | CIVIL ACTION-LAW |
| vs. | |
| BLATT BROTHER DOMESTIC, LLC, | **NOTICE OF REMOVAL OF CIVIL ACTION** |
| Defendant. | |

**PLEASE TAKE NOTICE** that the removing party Defendant, Blatt Brother Domestic, LLC, by its attorneys, Capehart & Scatchard, P.A., whose principal place of business is located at 6735 Essington Avenue, #39, Philadelphia, PA 19153 by and through its attorneys, Capehart & Scatchard, hereby files this Notice of Removal of Civil Action, to remove an action filed in state court by Plaintiff, Patrick McAllister, 1193 Glenside Road, Downingtown, PA 19335, ("Plaintiff"), residing in Downingtown, Pennsylvania and respectfully shows this Court:

1. The removing party is the Defendant in this action.

2. This is a civil action over which this Court has original jurisdiction under 28 U.S.C. §1331, and is one that may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §§ 1441(a), 1441(c) and 1446

3. On or about June 2, 2026, the above-entitled action was commenced against the removing party when Plaintiff filed a Complaint in the Court of Common Pleas, County of Philadelphia, Case ID 260600293 (Exhibit A).

16260203

4. The removing party subsequently received an email on June 16, 2026 from Jean Lewis, Paralegal at Swartz Swidler requestion acceptance of service of the Complaint and Notice to Defend.   This office accepted service of the Complaint and Notice to Defend on behalf of Defendant.

5. There have been no further proceedings in the Court of Common Pleas, County of Philadelphia in the state court action of which Defendant is aware.

6. In the Complaint, Plaintiff alleges, among other things, that the Defendant violated the Americans with Disabilities Act ("ADA") and the Pennsylvania Human Relations Act ("PHRA") and wrongfully terminated Plaintiff.

7. Specifically, Plaintiff alleges that he was discriminated against due to his disabilities or perceived disabilities under the ADA and PHRA.

8. As a result, the within matter is removable pursuant to 28 U.S.C. §1331 as it involves a Federal question.

9. This Notice of Removal of Civil Action is filed with this Court within 30 days of Defendant learning of the action.

10. In filing this Notice of Removal of Civil Action, and all steps incident thereto, the removing party reserves its rights to present and rely upon all defenses to which it may be entitled, procedural and substantive.

16260203

**WHEREFORE,** the removing party respectfully requests that this matter be removed to this Court from the Court of Common Pleas, County of Philadelphia.

CAPEHART SCATCHARD, P.A.
Laura D. Ruccolo, Esq. (Bar #70736)
8000 Midlantic Drive
Suite 300 South
Mount Laurel, NJ 08054
Attorneys for Defendant, Blatt Brother
Domestic, LLC

Dated: July 6, 2026

*/s Laura D. Ruccolo, Esq.*
By: Laura D. Ruccolo, Esq.

16260203